**DISMISS; and Opinion Filed October 29, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00239-CV

**CLIFTON AMOS AND CIARA JACKSON, AS PARENTS AND NEXT FRIENDS OF SIANNA AMOS, A MINOR, Appellants**

**V.**

**BAYLOR MEDICAL CENTER AT IRVING AND BAYLOR HEALTH CARE SYSTEM, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-08408**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Brown

Before the Court is the appellants' October 23, 2013 unopposed motion to dismiss this appeal. We **GRANT** appellants' motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ada Brown/
ADA BROWN
JUSTICE

130239F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CLIFTON AMOS AND CIARA JACKSON, AS PARENTS AND NEXT FRIENDS OF SIANNA AMOS, A MINOR, Appellants

No. 05-13-00239-CV        V.

BAYLOR MEDICAL CENTER AT IRVING AND BAYLOR HEALTH CARE SYSTEM, Appellees

On Appeal from the 162nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-08408.
Opinion delivered by Justice Brown.
Justices Moseley and Lang participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 29th day of October, 2013.

/Ada Brown/
ADA BROWN
JUSTICE